UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIDGEWATER WHOLESALERS, INC. | Case No.: 2:14-cv-03684-SDW-SCM |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY | |
| Defendant. | |

Plaintiff Bridgewater Wholesalers, Inc. and Defendant Pennsylvania Lumbermens Mutual Insurance Company, through their undersigned counsel, hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action and any and all claims herein are dismissed with prejudice, with each party to bear its own fees and costs, and with all rights of appeal waived.

DATED: February 29, 2016

Zimmerman Weiser & Paray LLP
Attorneys for Plaintiff,
Bridgewater Wholesalers, Inc.

BY: /s/ Paul E. Paray
    Paul E. Paray, Esq.

White and Williams LLP
Attorneys for Defendant,
Pennsylvania Lumbermens Mutual Insurance Company

BY: /s/ Christopher P. Leise
    Christopher P. Leise, Esq.

So Ordered this 1ST day of March 2016

Susan D. Wigenton, U.S.D.J.